Exhibit 1-BB



# GI Associates & Endoscopy Center



November 12, 2014

RE:    James Hill
DOB:   1/1/1965
GIA#:  309217

PATIENT MDOC: 36106

Chief complaint: Dysphagia.

History of present illness: The patient is here for followup. He complains of dysphagia despite esophageal dilation. He has had two esophageal dilations by two different GI doctors. He has dysphagia for solids and liquids. He has gained weight. He is quite upset that prison is not treating his hepatitis C. He has worsening urination.

Physical examination: Exam reveals no adenopathy. Lungs are clear. Heart exam regular rhythm. No gallop or murmur. Abdomen is soft and nontender.

Assessment and plan:
1. Dysphagia. Perform esophageal manometry to exclude achalasia. Manometry machine is nonfunctional at CMMC. We will perform the manometry as soon as the machine is up and running. He will be referred to Dr. Smith-Venice for manometry.
2. Obtain urology consultation recommended to the nurse.
3. Obtain lab work and treat for hepatitis C with Harvoni one tablet daily for three months. Harvoni is very expensive. I clearly told the patient that it is up to the prison to get him the medication.

Vishwanath Shenoy, M.D.
VS/vj/ams – 175425

cc:    Gloria Perry, M.D.
       Nurse Barton
       Nurse Funches


MS DEPARTMENT OF CORRECTIONS RECEIVED NOV 26 2014 OFFICE OF MEDICAL COMPLIANCE


GI Peds   GI Nutrition   GI Pathology
www.gi.md

1996-111/ 000792

Exhibit 2-BB

(Complete and Fax to MDOC Specialty Care Coordinator at 601-359-5165.)   Date of Service 11/12/14

## MDOC Specialty Provider Consultation Report

Inmate: JAMES HILL                           MDOC#: 36106

Specialty Provider: Dr. V. SHENOY _____ Provider's Number: _____

**Health Services Authorized** (See Attached Consultation Request Form)

- For security reasons, inmates must NOT be informed of recommended treatment or possible hospitalization.
- Due to security considerations, all tests and treatments are to be scheduled by MDOC.

**Review of Case**

→ Dysphagia persists despite
— c/o " worsening urination
No Δ in exam

A/P:
— Arrange esophageal manometry ↪ at
— Urology consult
— Arrange hepatitis C PCR quantitative
  genotype

  Hepatitis B DNA PCR quantitative

{ Arrange for Harvoni — 1 tab daily for

**Diagnosis and Prescription Suggestions to be Reviewed by the MDOC Specialty Care Clinic Medical Director or his/her designee** (Refer to MDOC formulary)

Can equivalent medication substitution be used? Y / N       Follow up needed? Y / N
If follow up needed, explain purpose

{ Once lab work is done       3 months
  ( Hepatitis C drug )

Specialty Provider Signature _____ Date: __/__/__

Recommendation After Review of Consultant's Report:  ☐ No Further Action    ☐ Implement the Following:

MDOC Specialty Care Clinic Medical Director: _____ Date: __/__/__

Send Invoice to:
MDOC Office of Medical Compliance
Attn: Medical Claims Processor
633 N. State Street
Jackson, MS 39202

1996-111/ 000793


**CMMC**
Central Mississippi Medical Center

**GLORIA PERRY, MD**
723 North President St.
Jackson, MS 39202

| | |
|---|---|
| **Date:** | Wednesday, October 01, 2014 |
| **Patient:** | James Hill |
| **Birth Date:** | 1/1/1965 (49 years) |
| **ID #:** | 2963958 |
| **Endoscopist(s):** | Vishwanath N. Shenoy, M.D. |

Dear Dr. PERRY,

Thank you very much for sending Mr. Hill to me for evaluation with EGD.

**INDICATIONS:**
- DYSPHAGIA/ODYNOPHAGIA
- ABD PAIN-EPIGASTRIC

**FINDINGS ON THE UPPER ENDOSCOPY:**

*Esophagus:*

Lumen: A benign intrinsic stricture was seen in the gastroesophageal junction. The scope traversed the lesion. A 51FR savary dilator was introduced for dilation and the diameter was progressively increased to 51 FR successfully.

*Stomach:* Normal stomach

*Duodenum:* Normal duodenum

There were no complications.

**IMPRESSIONS:**
- Stricture of the gastroesophageal junction (dilation)

**RECOMMENDATIONS:**
- Abdominal Ultrasound
- esophageal manometry.

**FOLLOW-UP PLAN:**
Follow-up with endoscopist within 6 weeks
Sincerely,

V. N. Shenoy

Vishwanath N. Shenoy, M.D.
Electronically signed by Vishwanath Shenoy on 10/1/2014 11:01:28 AM
CC: MDOC, Prison
Patient: James Hill (2963958)

Location: CMMC

http://gmedcmmc2/gcare2/data/patientdocuments/PrintAllTemp/PrintAll89F4BA2A-6B17... 10/1/2014



# Patient Discharge Instructions

**Date:** Wednesday, October 01, 2014  **Birth Date:** 1/1/1965 (49 years)
**Patient:** James Hill  **ID #:** 2963958
**Endoscopist(s):** Vishwanath N. Shenoy, M.D.

   

*GE junction*   *GE junction*   *antrum*   *vocal cords*

**Dear Mr. Hill:**

We performed an upper endoscopy today based on the following indications:

- DYSPHAGIA/ODYNOPHAGIA
- ABD PAIN-EPIGASTRIC

During the procedure we found the following:

- Stricture of the gastroesophageal junction (dilation)

Our recommendations are as follows:

- Abdominal Ultrasound
- Follow-up with endoscopist within 6 weeks
- esophageal manometry.

It is very important that you **follow these instructions:**

- You may have a mild sore throat or hoarseness after the procedure. This is because of the tube and the anesthetic.
- You may feel nauseated today. This sometimes happens because of the medications that are used. This should get better within a few hours. If your nausea continues for more than 24 hours contact our office.
- Begin taking small sips of water and progress to solid foods gradually as you are feeling better. Do not force foods.
- You should not get any pain from this procedure. If you get chest pain or abdominal pain please call our office.
- **Do not drive any motor vehicle or operate dangerous equipment for 24 hours.** Weakness and lack of coordination are the result of the medications that were administered during the procedure.
- Do not conduct important business or sign any legal documents on the day of the procedure, since you may feel drowsy from the medications that were administered today.
- If you have redness or swelling at sites where medications were given, place a warm wet washcloth over the affected area for twenty minutes. If the symptoms persist for over two days please contact our office.
- Call our office if you develop fever greater than 101 degrees or chills during the next 48 hours.
- Do not drink any alcoholic beverages for 24 hours after discharge.
- Do not gargle for 1 hour.
- Thank you for using Central Miss. Medical Center for your procedure.

1421 N. State Street
Suite 203
Jackson, MS 39202
601.355.1234

106 Highland Way
Suite 101
Madison, MS 39110
601.355.1234

1815 Mission 66
Vicksburg, MS 39180
601.638.8801

**Physicians**
Albert F. Chlemprabha, MD
Pierce D. Dotherow, MD
Reed B. Hogan, MD
Reed B. Hogan, III, MD
Ronald P. Kotfila, MD
Jeffrey B. McCrary, MD
J. Trippe McNeese, MD
Paul B. Milner, MD
Michelle A. Petro, MD
Vonda Reeves-Darby, MD
Matt Runnels, MD
Vishwanath N. Shenoy, MD
James A. Underwood, Jr., MD
E. Stephens Weeks, Jr., MD
Jane-Claire B. Williams, MD
Mark E. Wilson, MD
Cindy Haden Wright, MD

**Pediatric**
Sara Rippel, MD, MSCI
Angela B. Shannon, MD

**Pathology**
Keith Brown, MD
Samuel Hensley, MD
Jason K. Jones, MD

**GI Associates & Endoscopy Center**

September 17, 2014

RE:        James Hill
MDOC#:     36106
DOB:       1/1/1965
GIA#:      309217

Chief Complaint: Dysphagia.

History of Present Illness: The patient is a middle-aged inmate who has been having intermittent dysphagia for solids and liquids. He states food regurgitates a few minutes after ingestion. He denies any heartburn. He has some weight loss. Appetite is fair. He has some upper abdominal discomfort.

Past Medical History: He had recent colonoscopy and internal hemorrhoidal banding for rectal bleeding. The rectal bleeding has resolved. He has had recent esophageal dilation. The dilation did not really help his dysphagia. He denies any heartburn. He has hepatitis C and has not had any treatment for hepatitis C in the past. He has hypertension.

Current Medications: Prior to admission, metoprolol, KCl, Colace, Lasix, Cardura, gabapentin, clonidine, pantoprazole, and fiber laxative.

Social History: Ex-smoker. Denies intravenous drug use. Denies alcohol overuse.

Review of Systems: He states the food regurgitates if he bends over. He states the food sometimes regurgitates through his nose. He has some weight loss. He has some epigastric discomfort. There is no blood in the stool or melena. No exertional chest pain.

Lab Work: White count 4000, hemoglobin 14 g, MCV is 90, <u>platelets 92,000,</u> neutrophils 66%, blood sugar 110, BUN 17, creatinine 1.0, sodium 146, potassium 4.2, enzymatic $CO_2$ 27, calcium 9.3, albumin 4.5, AST was 36, ALT 45, alkaline phosphatase 77, and alpha-fetoprotein was 4.1.

Assessment and Plan: The patient has dysphagia and regurgitation of ingested food. He could be having esophageal stricture, esophageal motility disorder, or gastroparesis or gastric outlet obstruction.



Peds    Nutrition    Pathology
www.gi.md

1996-111/ 000828

Exhibit 6-BB



RE: James Hill
DOB: 1/1/1965
Page Two

Recommendation: EGD with esophageal dilation and biopsy. Risks of EGD such as bleeding infection, perforation, risks secondary to sedation discussed in detail with the patient. The patient is agreeable for endoscopy.

Thank you for allowing me to participate in the care of Mr. James Hill.

Vishwanath Shenoy, M.D.
VS/vj/ams – 181805

cc: Gloria Perry, M.D.
Nurse Funches
Nurse Barton



MS DEPARTMENT OF CORRECTIONS
RECEIVED
SEP 3 0 2014
OFFICE OF MEDICAL COMPLIANCE

(Complete and Fax to MDOC Specialty Care Coordinator at 601-359-5165.)  Date of Service 9/17/14

## MDOC Specialty Provider Consultation Report

Inmate: James Hill                                   MDOC#: 36106

Specialty Provider: Dr. V. Shenoy                    Provider's Number: _____

**Health Services Authorized** (See Attached Consultation Request Form)

- For security reasons, inmates must NOT be informed of recommended treatment or possible hospitalization.
- Due to security considerations, all tests and treatments are to be scheduled by MDOC.

**Review of Case**

dysphagia +            wt. loss → > 45 lbs
Heart burn ⊖          Esophageal dilation +
regurgitation +        Rx for H. pylori

PMH → - C-Scope
      - Hemorrhoidal banding +      SH - Ex Smoker
      - DM +                              Poly drug abuse

**Diagnosis and Prescription Suggestions to be Reviewed by the MDOC Specialty Care Clinic Medical Director or his/her designee** (Refer to MDOC formulary)

HCV +   HBV +

FH - Cousin CRC                       rectal
                                       Blood +
All - NKA                             Constipation +

Can equivalent medication substitution be used? Y **N**    Follow up needed? **Y** N

If follow up needed, explain purpose

Ex: No nodes or thyromegaly
    lungs - clear
    Heart - rrr
    abd - soft

Specialty Provider Signature _____  Date: __/__/__

**Recommendation After Review of Consultant's Report:** ☐ No Further Action  ☐ Implement the Following:

Plan: ✓ EGD c̄ dilation

MDOC Specialty Care Clinic Medical Director: _____  Date: __/__/__

Send Invoice to:
MDOC Office of Medical Compliance
Attn: Medical Claims Processor
633 N. State Street
Jackson, MS 39202

1996-111/ 000830

EXHIBIT 8-15

**CMCF Unit 720**
3794 Highway 468 PO Box 88550 Pearl, MS 39208
Phone:  Fax:

October 14, 2014
Page 1

Patient Information For: JAMES I HILL      MDOC#: 36106

Housing Loc: CMCF, CMCF 720, BLD B, ZONE C, BED 0218

## Receipt for Medical Product

10/14/2014

Inmate Name: JAMES I HILL

MDOC #: 36106

Medical Product: __Large knee brace__

Date Received: __10/14/14__

I verify that I have received the medical product named above. I understand I am fully responsible for the care of this item. I further understand that I may be required to pay for any repair or replacement.

X _[signature]_         10/14/2014
Inmate Signature        Date

X _[signature]_         10/14/14
Signature of Health Care Staff Dispensing Product    Date

Fax Server            11/3/2014 12:43:03 PM    PAGE   2/002    Fax Server

## Radiology Results
### Central Mississippi Medical Center

**Patient Name:** HILL, JAMES M

| | | | | | | |
|---|---|---|---|---|---|---|
| DOB: | 01/01/1965 | Age: 49 Y | Patient Status: | O | Patient Type: O | |
| Visit #: | 2967599 | Sex: M | Patient Location: | OP | | |
| Acc.: | 7167747 | | Completed: | 11/03/2014 | | |
| Exam: | (848) USABDCMP - - US ABDOMEN COMPLETE | | | | | |

**Requesting Provider:** PERRY, GLORIA MANGUM, MD    **MRN/Pt Num:** 0000729439

**Attending Provider:** PERRY, GLORIA, MD
633 N STATE ST
JACKSON, MS 39202

**Diagnostic Report Text:**

**Clinical History**
ABDOMINAL PAIN

ULTRASOUND ABDOMEN COMPLETE

FINDINGS: No priors.

The visualized portions of the head and body of the pancreas are unremarkable. The liver is normal in size and echogenicity and measures 15.7 cm without evidence of hepatic mass or perihepatic fluid. The hepatic vasculature is unremarkable. The gallbladder is normal. No ductal dilatation is identified and the common bile duct measures 3.3mm.

The bilateral kidneys are normal in size and echogenicity the right measuring 12.8 cm and the left 12.0cm. I suspect left hydronephrosis involving the lower pole to a greater degree. The spleen is prominent with a splenic index of 1617 but no discrete lesion. Aorta and IVC are normal in caliber.

IMPRESSION:

1. Fullness to the left intrarenal collecting system involving the lower pole to a greater degree. I am uncertain whether this represents hydronephrosis /caliectasis versus parapelvic cysts.

2. Moderate to severe splenomegaly.

**End of diagnostic report for accession:**    7167747

| | | |
|---|---|---|
| **Dictated By:** | OLIVER, JOSEPH, MD | |
| **Transcribed By:** | OLIVER, JOSEPH, MD | 11/03/2014 10:56 AM CST |
| **Signed By:** | OLIVER, JOSEPH, MD | 11/03/2014 10:56 AM CST |

received 11/3/N/10

**Central Mississippi Correctional Facility**
3794 Highway 468 PO Box 88550 Pearl, MS 39208
Phone: 601-932-2880 x-6276   Fax: 601-932-3984

September 25, 2014
Page 1

Exhibit 10-BB

Patient Information For: JAMES I HILL       MDOC#: 36106

Housing Loc: CMCF, CMCF 720, BLD B, ZONE C, BED 0218

## Restricted Medical Diet

09/25/2014

Inmate Name: JAMES I HILL

MDOC #: 36106

MEDICAL NOTE: If you do not see the required diet listed on this order form, the dietician must be contacted BEFORE the diet may be produced.

Start Date: 9-25-14     End Date: 9-25-15

**DIET ORDER: (Check ONLY ONE diet at a time. Please!)**

|   | # | Diet |
|---|---|---|
|   | 1. | PEM I (4 Meal Plan for Protein Energy Malnutrition) with H.S. Snack (4000 Kcals). |
|   | 2. | PEM II (6 Meal Plan for Protein Energy Malnutrition) with 10 a.m. and 2 p.m. + H.S. Snacks (4000 Kcals). |
|   | 3. | "Cardiovascular:" Low Fat/Chol/Sat/Bland (<300 Chol; <30% Fat; 3-4 gm NA). |
|   | 4. | Renal Dialysis (80-85 gms Protein - 2 gm NA - 3 gm K) with H.S. Snack. |
|   | 5. | Acute Hepatitis/Cirrhosis [Non Acute Encephalopathy (80-85 gms Protein - 3000 Kcals)]. |
|   | 6. | Mechanical Dental (Chewing problems). |
|   | 7. | Pureed Food (no teeth or Dyshpagic). |
|   | 8. | Full Liquid (3 Days Only). |
|   | 9. | Clear Liquid (2 Days Only). |
|   | 10. | High Protein - Full Liquid (30 Days Only for Broken Jaws/"Bloody Socket"). |
|   | 11. | Pregnancy Diet (with H.S. Snack) NOT to exceed 9 months from start date. |
|   | 12. | No Concentrated Sweets with H.S. Snack. |
|   | 13. | 1500 Calorie A.D.A. Diabetic with H.S. Snack. |
|   | 14. | 1800 Calorie A.D.A. Diabetic with H.S. Snack. |
|   | 15. | 2200 Calorie A.D.A. Diabetic with H.S. Snack. |
|   | 16. | 2600 Calorie A.D.A. Diabetic with H.S. Snack. |
| X | 17. | 3000 Calorie A.D.A. Diabetic with H.S. Snack |
|   | 18. | Isolation Styrofoam Tray for _____ diet |

I have been counseled on this diet, understand the plan and agree to follow the rules of eating the diet every day. I also understand that if I do not pick up the diet tray and sign for it at each meal, the consequence will be the cancellation of my diet tray by Food Service per the direction of the Medical Director.

Inmate's Signature: [signature]     Date: 9/25/014

Comments: _____

Authorized Medical Signature: [signature]     Date: 9/26/14

MS DOC                                                                                             07/01/06

1996-111/ 000826

Exhibit 11-BB

FINAL Surgical Pathology Report for HILL, JAMES (S14-1710)



NORTHWEST MISSISSIPPI
REGIONAL MEDICAL CENTER

515 DIXON AVENUE
MCCOMB, MS 39648
PHONE: 601-249-5497
FAX: 601-249-0597

### DEPARTMENT OF PATHOLOGY

| | | |
|---|---|---|
| Patient Name: HILL, JAMES | Unit Record#: A000405690 | Case Number: S14-1710 |
| Patient D.O.B.: 01/01/1965  Patient Sex: M | Account#: A1500111912 | Received Date: 04/11/2014 |
| Submitter Name: STEPHEN KEITH, MD | Collection Date: 04/11/2014 | Accession Date: 04/12/2014 |
| Location: NIO | Collection Time: 12:14 | Accession Time: 08:21 |

**DIAGNOSIS:**

GASTRIC BIOPSY: DIFFUSE CHRONIC GASTRITIS WITH FOCI OF ACTIVITY AND REACTIVE CHANGE.
HELICOBACTER TYPE ORGANISMS ARE IDENTIFIED ON A DIFF QUIK STAIN WITH APPROPRIATE CONTROL.
SEE COMMENT.

DB/PSM

**COMMENT:**

Due to the inflammation with foci of reactive change a more serious process cannot be fully ruled out.
If clinically indicated additional studies after treatment may be helpful in further evaluation of this most interesting case.
Clinical correlation suggested.

SURGICAL PATHOLOGY REPORT

**Clinical Information:**

Abdominal Pain

**Gross Description:**

Labeled as coming in a single formalin filled container with the patients name, James Hill, surgical number and "gastric biopsy."

Specimen consists of tan gray fragments of tissue that together in loose aggregate measure 0.2 cm in greatest dimension. Submitted together in toto for processing in cassette 1A.

DB/psm

Electronically Signed Out By:

Isaac D. Broussard, M.D., F.C.A.P.
(Case signed 04/15/2014 at 11:59)

I.D. BROUSSARD, M.D., F.C.A.P.    LAMAR BURGESS, M.D., F.C.A.P.    TURNER WILLIS, M.D., F.C.A.P.

1 of 1    Original

1996-111/ 000913



Exhibit 12-BB



1996-111/ 000890

Exhibit 13-BB

Southwest Mississippi Regional Medical Center
PO Box 1307
215 Marion Ave
McComb, MS 39648

Patient Name: HILL, JAMES
DOB: 01/01/1965
MRN: 000405690
Acct No: 1500111912

HILL, JAMES
#1500111912

DATE OF PROCEDURE: 04/11/2014

PROCEDURE: Esophagogastroduodenoscopy.

PREOPERATIVE DIAGNOSES:
1. Dysphagia.
2. Epigastric pain.
3. Blood in stool.

POSTOPERATIVE DIAGNOSES:
1. Peptic stricture seen in the distal esophagus.
2. Submucosal hemorrhages of the fundus.
3. Prepyloric erosions.
4. Helicobacter pylori biopsies obtained.
5. Esophageal dilatation with an 18 mm balloon.

PROCEDURE REPORT IN DETAIL: After informed consent was given for EGD and colonoscopy, he was brought into the Endoscopy suite at SMRMC and placed in the left lateral decubitus position with the continuous monitoring of vital signs and oxygenation. He was given sedation by the nurse anesthetist. After a bite block was placed, the gastroscope was inserted in the mouth and the esophagus was intubated. The esophagus did appear unremarkable for mucosal breaks. Distally there was a stricture. The cardia, fundus, and body were inspected with submucosal hemorrhages of the fundus. There were erosions distally in the antrum. The pylorus as well as the duodenal bulb and descending duodenum were normal with retroflexion showing no significant abnormalities other than the submucosal hemorrhages. An 18 mm balloon was then advanced and the distal esophagus was dilated to 18 mm for 60 seconds. Subsequently, all the excess air was then withdrawn before removal of the scope after the balloon was deflated and he was then turned in stable condition with no apparent complications for colonoscopy.

IMPRESSION:
1. Submucosal hemorrhages of fundus.
2. Erosions of the antrum especially in the distal portion.
3. H pylori biopsies taken.
4. Peptic stricture.
5. Esophageal dilatation with an 18 mm balloon.

PLAN:
1. Proceed with colonoscopy.

Fax Server          4/24/2014 9:22:11 AM   PAGE   3/004   Fax Server

Exhibit 19-BB

Southwest Mississippi Regional Medical Center
PO Box 1307
215 Marion Ave
McComb, MS 39648

Patient Name: HILL, JAMES
DOB: 01/01/1965
MRN: 000405690
Acct No: 1500111912

HILL, JAMES
#1500111912

DATE OF PROCEDURE:  04/11/2014

PROCEDURE:  Esophagogastroduodenoscopy.

PREOPERATIVE DIAGNOSES:
1. Dysphagia.
2. Epigastric pain.
3. Blood in stool.

POSTOPERATIVE DIAGNOSES:
1. Peptic stricture seen in the distal esophagus.
2. Submucosal hemorrhages of the fundus.
3. Prepyloric erosions.
4. Helicobacter pylori biopsies obtained.
5. Esophageal dilatation with an 18 mm balloon.

PROCEDURE REPORT IN DETAIL:  After informed consent was given for EGD and colonoscopy, he was brought into the Endoscopy suite at SMRMC and placed in the left lateral decubitus position with the continuous monitoring of vital signs and oxygenation. He was given sedation by the nurse anesthetist. After a bite block was placed, the gastroscope was inserted in the mouth and the esophagus was intubated. The esophagus did appear unremarkable for mucosal breaks. Distally there was a stricture. The cardia, fundus, and body were inspected with submucosal hemorrhages of the fundus. There were erosions distally in the antrum. The pylorus as well as the duodenal bulb and descending duodenum were normal with retroflexion showing no significant abnormalities other than the submucosal hemorrhages. An 18 mm balloon was then advanced and the distal esophagus was dilated to 18 mm for 60 seconds. Subsequently, all the excess air was then withdrawn before removal of the scope after the balloon was deflated and he was then turned in stable condition with no apparent complications for colonoscopy.

IMPRESSION:
1. Submucosal hemorrhages of fundus.
2. Erosions of the antrum especially in the distal portion.
3. H pylori biopsies taken.
4. Peptic stricture.
5. Esophageal dilatation with an 18 mm balloon.

PLAN:
1. Proceed with colonoscopy.
2. Await biopsy results.
3. Continue Protonix 40 mg daily 30 minutes before breakfast.

PRINTED BY: knoble
DATE       04/24/2014

HILL, JAMES                           000405690        1500111912

1996-111/ 00091

Fax Server        4/24/2014 9:22:11 AM  PAGE  2/004   Fax Server

Exhibit 15-BB

**SW MS Regional Medical Center**
215 MARION AVENUE
MCCOMB, MS 39648
(601)249-5500

(1500111912)

| NO INFORMATION OUTPATIENT Registration | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| VISIT ID | PATIENT NAME | | | CALLING NAME | BIRTHDATE | AG | RAC | SEX | MED REC NO |
| 1500111912 | HILL, JAMES | | | JAMES | 01/01/1965 | 49Y | 1 | M | 000405690 |
| ADMIT TYPE | STATION | ROOM/BED | SERVICE | ADMIT DATE / TIME | SOC. SEC. NO | | MARITAL STATUS | | RELIGION |
| ELECTIVE | UNKNOWN_LOCAT | UNKNOW | MED | 04/11/2014 08:05 | 432170865 | | DIVORCED | | |

| PATIENT ADDRESS (STREET) | CITY, STATE, ZIP | TELEPHONE |
|---|---|---|
| 2999 HWY 61 N | WOODVILLE, MS 39665 | (601) 888-3199 |

| ADMITTING PHYSICIAN | ATTENDING PHYSICIAN | PRIMARY PHYSICIAN |
|---|---|---|
| KEITH, STEPHEN | KEITH, STEPHEN | |

| EMPLOYER | EMPLOYER ADDRESS | EMPLOYER PHONE |
|---|---|---|
| UNEMPLOYED | | |

| EMERGENCY CONTACT 1 | EMERGENCY CONTACT 1 ADDRESS | RELATION | PHONE |
|---|---|---|---|
| | | | |

| COMPLAINT | HOW ARRIVED | | |
|---|---|---|---|
| Abdominal Pain | POLICE | | |
| ADVANCE DIR | ADV DIR DATE | SMOKE | RELIGION |
| N | Mar 13 2014 5:11PM | Unknown if ever smoked | |

| GUARANTOR | GUAR. SOC. SEC. NO. | PHONE |
|---|---|---|
| WILKINSON CO. CORRECTIONAL CENTER, | | (601)888-3199 |
| GUARANTOR ADDRESS | FINANCIAL CLASS | FC CODE |
| 2999 US 61 WOODVILLE, MS 39669 | OTHER COMMERCIAL | O |

| EMPLOYMENT | EMPLOYER'S ADDRESS | PHONE |
|---|---|---|
| | | |

| CARRIER | PRIMARY INSURANCE CO. | PRIMARY INSURANCE CO. ADDRESS | PHONE |
|---|---|---|---|
| 600100 | WILKINSON COUNTY CORRECTIONAL | 2999 HIGHWAY 61 NORTH WOODVILLE, MS 39669 | (855)247-5248 |
| POLICY NUMBER | GROUP NUMBER | GROUP NAME | INSURED NAME | RELATION |
| 432170865 | | WILKINSON COUNTY COR | WILKINSON CO. CORRECTIONAL CENTER | Patient is Insured |
| CARRIER | SECONDARY INSURANCE CO. | SECONDARY INSURANCE CO. ADDRESS | PHONE |
| | | | |
| POLICY NUMBER | GROUP NUMBER | GROUP NAME | INSURED NAME | RELATION |

82210008 (02/13)
**\*1FACE\***

**\*1500111912\***

1500111912     NIO              887910
HILL, JAMES
PRINTED BY: knob DOB: 01/01/1965   04/11/2014 08:05
DATE 04/24/2014  KEITH STEPHEN   49Y Male  UNKNOWN_ROOM

SMRMC ADMISSION RECORD

1996-111/ 000915

## Southwest Mississippi Regional Medical Center
### Esophagogastroduodenoscopy Exam Images

| | | | |
|---|---|---|---|
| Patient: | James Hill | Attending Physician: | Stephen Keith M.D. |
| Patient ID: | MRN-000405690 | Referring Physician: | |
| Exam Date: | 04/11/2014 | | |

Exhibit 16-13B




## Southwest Mississippi Regional Medical Center
Colonoscopy Exam Images



| | | | |
|---|---|---|---|
| Patient: | James Hill | Attending Physician: | Stephen Keith M.D. |
| Patient ID: | MRN-000405690 | Referring Physician: | |
| Exam Date: | 04/11/2014 | | |

