## Drill Down Detail Report
## HILL, JAMES I - 01/28/2015 13:10

| Event Type | Description | Date/Time | Performed By |
|---|---|---|---|
| Booking | # A | 02/17/1995 00:00:00 | |
| Initial Load | MSP, UNIT 29, BLD L, ZONE B | 04/02/1996 17:16:45 | |
| ADM Seg - PC | MSP, UNIT 32, BLD B, ZONE B5 | 05/12/1996 18:45:40 | |
| Reclassification | MSP, UNIT 24, BLD X, ZONE B | 06/18/1996 15:16:18 | |
| Reclassification | MSP, UNIT 22, ZONE B2 | 07/08/1996 13:06:25 | |
| Reclassification | NORTH MISSISSIPPI SATELLITE FACILITY, BOLIVAR SF | 08/16/1996 15:34:18 | |
| Administrative Move | MSP, UNIT 24, BLD X, ZONE C | 09/26/1996 10:57:33 | |
| Reclassification | MSP, UNIT 29, BLD F, ZONE A | 10/18/1996 22:01:31 | |
| Medical-Admitted | NOT APPLICABLE TEMPORARY MOVEMENT-BED HELD, NORTHWEST REGIONAL HOSPITAL | 10/29/1996 10:30:49 | |
| Return Medical | MSP, UNIT 29, BLD F, ZONE A | 10/31/1996 19:11:17 | |
| Alcohol And Drug Treatment | MSP, UNIT 26, BLD A, ZONE D | 11/25/1996 14:41:29 | |
| Alcohol And Drug Treatment | MSP, UNIT 26, BLD A, ZONE B | 11/27/1996 17:53:56 | |
| Alcohol And Drug Treatment | MSP, UNIT 26, BLD B, ZONE C | 12/16/1996 09:54:45 | |
| Reclassification | MSP, UNIT 26, BLD B, ZONE C | 12/16/1996 11:41:05 | |
| Alcohol And Drug Treatment | MSP, UNIT 26, BLD B, ZONE C | 12/16/1996 23:10:32 | |
| Alcohol And Drug Treatment | MSP, UNIT 26, BLD A, ZONE D | 03/20/1997 22:30:16 | |
| Administrative Move | MSP, UNIT 29, BLD F, ZONE A | 03/26/1997 17:11:29 | |
| Reclassification | MSP, UNIT 22, ZONE A2 | 05/09/1997 17:55:22 | |
| Administrative Move | MSP, UNIT 22, ZONE A2 | 05/19/1997 14:37:04 | |
| Alcohol And Drug Treatment | MSP, UNIT 26, BLD B, ZONE B | 05/23/1997 15:28:40 | |
| Reclassification | MSP, UNIT 25, ZONE A | 07/25/1997 09:02:27 | |
| Parole | CLOSED RECORD | 10/13/1997 15:30:02 | |
| Ret Parole | NORTH MISSISSIPPI COUNTY JAIL, GRENADA CJ | 05/03/1998 17:11:12 | |
| Ret Parole | CMCF, CMCF R&C, ZONE L | 08/27/1998 11:32:22 | |
| Booking | # B | 10/07/1998 00:00:00 | |
| Release | Released | 10/07/1998 00:00:00 | |
| Administrative Move | CMCF, CMCF R&C, ZONE ME | 10/16/1998 10:43:03 | |
| Administrative Move | SMCI, SMCI 2, BLD A1, ZONE A | 11/12/1998 09:59:54 | |
| IN Transit | NOT APPLICABLE TEMPORARY MOVEMENT-BED HELD, IN TRANSIT - TO SMCI | 11/12/1998 14:00:06 | |
| Administrative Move | | 11/25/1998 10:54:30 | |
| Administrative Move | | 12/09/1998 11:04:36 | |
| Administrative Move | SMCI, SMCI 2, BLD C1, ZONE B | 12/30/1998 09:30:30 | |
| Administrative Move | SMCI, SMCI 2, BLD D1, ZONE A | 02/24/1999 08:16:52 | |
| Administrative | SMCI, SMCI 2, BLD D1, ZONE A | 03/25/1999 | |

EXHIBIT B

Page 1 continued on Page 2

## Drill Down Detail Report
## HILL, JAMES I - 01/28/2015 13:10

| Event Type | Description | Date/Time | Performed By |
|---|---|---|---|
| Move Administrative | SMCI, SMCI 1, BLD 12, ZONE B | 14:07:24 05/07/1999 | |
| Move Administrative | SOUTH MISSISSIPPI SATELLITE FACILITY, GEORGE SF | 14:12:02 06/07/1999 | |
| Move Medical-Admitted | SMCI, SMCI 2 INFIRMARY | 08:36:23 11/10/1999 | |
| Administrative Move | SMCI, SMCI 2, BLD A1, ZONE B | 07:14:23 11/10/1999 | |
| Return Medical | SMCI, SMCI 2, BLD A1, ZONE B | 08:39:02 11/16/1999 | |
| Administrative Move | SOUTH MISSISSIPPI SATELLITE FACILITY, GEORGE SF | 07:15:45 11/16/1999 | |
| Expiration/Prob | CLOSED RECORD | 16:15:39 12/16/1999 | |
| No Movement Reason Found | NORTH CC, GRENADA CC | 23:59:59 12/05/2003 | |
| Release | Closed | 00:00:00 06/01/2011 | WALKER, LATOYA |
| Booking | # C | 09:11:00 07/14/2011 | WALKER, LATOYA |
| Probation | NORTH CC, GRENADA CC | 09:12:00 07/14/2011 | WALKER, LATOYA |
| Release | Closed | 09:12:00 08/07/2012 | MONTGOMERY, LATISHA |
| Booking | # D | 00:00:00 08/23/2012 | MONTGOMERY, LATISHA |
| New Prisoner | NORTH MISSISSIPPI COUNTY JAIL, GRENADA CJ | 11:52:00 08/23/2012 | MONTGOMERY, LATISHA |
| New Prisoner | NORTH MISSISSIPPI COUNTY JAIL, GRENADA CJ | 12:00:00 08/23/2012 | MONTGOMERY, LATISHA |
| Prob Rev Tech | NORTH MISSISSIPPI COUNTY JAIL, GRENADA CJ | 12:01:00 08/23/2012 | MONTGOMERY, LATISHA |
| Prob Rev Tech | CMCF, CMCF QB, BLD C, ZONE A, BED 0066 | 12:01:00 09/11/2012 | SMITH, SHELBY |
| Administrative Move | WILKINSON CCF | 14:51:00 11/06/2012 | SMITH, SHELBY |
| Administrative Move | WILKINSON CCF, WCCF BUILDING G, POD X, BED 201U | 08:45:00 11/06/2012 | SLAN, SHAKENDRA |
| Administrative Move | WILKINSON CCF, WCCF BUILDING F, POD M, BED 101U | 15:14:00 03/19/2013 | SLAN, SHAKENDRA |
| Administrative Move | SMCI | 14:36:00 04/05/2013 | SLAN, SHAKENDRA |
| Administrative Move | SMCI, SMCI 2, BLD D2, ZONE B, BED 0128 | 10:24:00 04/05/2013 | JOHNSON, RUBY |
| Incident | BEING IN POSSESSION OF A GREEN LEAFY SUBSTANCE (MARIJUANNA) | 15:30:00 06/18/2013 | MILLER, BELINDA FAYE |
| No Movement Reason Found | SMCI, SMCI 2, BLD D2, ZONE B, BED 0157 | 00:45:00 07/01/2013 | TAYLOR, DRUETTA |
| Incident | ON 7/18/13, I, CAPT NINA ENLERS RECEIVED INFORMATION FROM CASE MANAGER CHERRI BERRY THAT OFFENDERS KEVIN HANSFORD 142792 AND JAMES HILL 36106 COULD POSSIBLY BE IN POSSESSION OF DRUGS, KNIVES AND GREEN DOT NUMBERS. THIS WRITER HAD OFFICERS RICO CARTER, TESTING POSITIVE FOR THE USE OF THC | 15:20:00 07/18/2013 | SMITH, CONNIE |
| Incident | | 00:40:00 07/18/2013 | MILLER, BELINDA FAYE |
| Administrative Move | WILKINSON CCF | 01:00:00 08/15/2013 | BOLTON, REGINA |
| Administrative Move | WILKINSON CCF, WCCF BUILDING D, POD B, BED 213L | 08:00:00 08/15/2013 | BUTLER, KANDI |
| Administrative Move | WILKINSON CCF, WCCF BUILDING D, POD A, BED 215U | 14:12:00 09/12/2013 | DAY, VICTORIA |
| Administrative Move | WILKINSON CCF, WCCF BUILDING D, POD B, BED 215U | 12:26:00 09/28/2013 | DAY, VICTORIA |
| Administrative Move | WILKINSON CCF, WCCF BUILDING D, POD B, BED 215L | 10:13:00 10/10/2013 | DAY, VICTORIA |
| Administrative Move | WILKINSON CCF, WCCF BUILDING D, POD B, BED 109L | 08:45:00 04/13/2014 | DAY, VICTORIA |

Page 2 continued on Page 3

## Drill Down Detail Report
## HILL, JAMES I - 01/28/2015 13:10

| Event Type | Description | Date/Time | Performed By |
|---|---|---|---|
| Incident | POSSESSION OF A MAJOR CONTRABAND..DISMISSED DUE TO OFFENDER BARRY AGNEW#J0097 WROTE A STATEMENT THAT ALL CONTRABANDS BELONG TO HIM.. | 06/06/2014 10:00:00 | DAVIS, TAMMIE R |
| Administrative Move | WILKINSON CCF, WCCF BUILDING D, POD B, BED 212L | 06/30/2014 17:00:00 | DAY, VICTORIA |
| Administrative Move | WILKINSON CCF, WCCF BUILDING D, POD B, BED 109L | 07/04/2014 12:00:00 | DAY, VICTORIA |
| Administrative Move | SMCI, SMCI 2, BLD B1, ZONE B, BED 0137 | 08/18/2014 14:50:00 | JOHNSON, RUBY |
| Administrative Move | CMCF | 09/16/2014 12:07:00 | BARNEY, TAMIKA |
| IN Transit | CMCF, CMCF 720, BLD B, ZONE D, BED 0284 | 09/16/2014 13:09:00 | TAYLOR, ELIZABETH |
| Administrative Move | CMCF, CMCF 720, BLD B, ZONE C, BED 0218 | 09/23/2014 18:42:00 | CHAMBERS, DERRICK |
| Federal Court Order | NOT APPLICABLE OTHER CUSTODY/AT LARGE, FEDERAL COURT ORDER | 10/07/2014 08:59:00 | SMITH, SHELBY |
| Return Court Order | CMCF, CMCF 720, BLD B, ZONE C, BED 0218 | 10/07/2014 14:07:00 | POWELL, SHERRY G |
| IN Transit | SMCI | 11/06/2014 08:35:00 | TAYLOR, ELIZABETH |
| Administrative Move | SMCI, SMCI 2, BLD C1, ZONE B, BED 0193 | 11/06/2014 15:15:00 | TAYLOR, DRUETTA |
| Administrative Move | SMCI, SMCI 2, BLD C1, ZONE B, BED 0127 | 11/10/2014 04:25:00 | MYERS, SYNTHIA |
| Administrative Move | CMCF | 11/10/2014 10:18:00 | BARNEY, TAMIKA |
| IN Transit | CMCF, CMCF 720, BLD B, ZONE C, BED 0166 | 11/10/2014 12:05:00 | TAYLOR, ELIZABETH |
| Incident | Interfering with an employee in the performance of their duty | | |
| Act of refusing to be transferred from the facility | | 11/14/2014 04:20:00 | WRINKLE, EMILY MARIE |
| IN Transit | SMCI | 11/14/2014 08:35:00 | TAYLOR, ELIZABETH |
| Administrative Move | SMCI, SMCI 2, BLD D2, ZONE A, BED 0065 | 11/14/2014 17:30:00 | JOHNSON, RUBY |
| Administrative Move | SMCI, SMCI 2, BLD D2, ZONE A, BED 0067 | 11/14/2014 18:00:00 | JOHNSON, RUBY |
| Administrative Move | SMCI, SMCI 3, ZONE A, BED 0049 | 11/19/2014 17:00:00 | RICHARDSON, SHERRY |
| Incident | Refusing or failing to obey an order of staff | | |
| Act of refusing to attend class | | 12/17/2014 08:00:00 | WRINKLE, EMILY MARIE |
| Administrative Move | SMCI, SMCI 3, ZONE A, BED 0085 | 01/27/2015 11:49:00 | COLEMAN, LASHAWN |