

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JAMES IRVIN HILL                                                                    PLAINTIFF

v.                                           CIVIL ACTION NO. 1:13cv544-MTP

WEXFORD HEALTH SOURCES, INC., ET AL.                    DEFENDANTS

## FINAL JUDGMENT

This cause having come before the Court on the Motion for Summary Judgment [151] filed by Defendant Mike Hatten, the Motion for Summary Judgment [155] filed by the Defendants Charmain McCleave, Wexford Health Sources, Inc., and Ronald Woodall, the Motion for Summary Judgment [157] filed by Defendants James Burke and Health Assurance, LLC, and the Motion for Summary Judgment [161] filed by Defendant Management Training Corporation, and a decision having been duly rendered by separate Opinion and Order [199],

IT IS ORDERED AND ADJUDGED that this action is DISMISSED with prejudice. All pending motions are denied as moot.

THIS, the 3rd day of December, 2015.

                                                                    Michael T. Parker
                                                                    United States Magistrate Judge